O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SOSA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>　　　　　Respondent. | Case No. CV 15-3425-FMO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered (1) denying the
2  Petition for a Writ of Habeas Corpus; (2) dismissing Claim One with prejudice; and (3)
3  dismissing Claim Two without prejudice.
4
5  Dated: September 28, 2015
6
7  _____/s/_____
   HONORABLE FERNANDO M. OLGUIN
8  UNITED STATES DISTRICT JUDGE