JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO SOSA, | ) | Case No. CV 15-3425-FMO (KK) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| BOARD OF PAROLE HEARINGS, | ) ) ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and (1) Claim One is dismissed with prejudice, and (2) Claim Two is dismissed without prejudice, but without leave to amend.

DATED: September 28, 2015

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE